**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**RUFINO RUDY PEREZ, et al.,**

    **Plaintiffs,**

**v.**                                                                                          **No. 1:11-cv-00836 MV/SMV**

**BARBARA SHOEMAKER, et al.,**

    **Defendants.**

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Matter to be heard:**              Scheduling a settlement conference

**Date and time of hearing:**    Thursday, January 26, 2012, 11:00 a.m. - 11:15 a.m.

A telephonic status conference is set for January 26 at 11:00 a.m.  Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings. Per parties' request to schedule a settlement conference, *see* Joint Status Report and Provisional Discovery Plan [Doc. 14], counsel shall confer with Judge Vidmar to choose a date on which to conduct a settlement conference.  Counsel are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                                               STEPHAN M. VIDMAR
                                                                                     United States Magistrate Judge