## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**RUFINO RUDY PEREZ,**
**BLAS ANTHONY SANDOVAL,**

      **Plaintiffs,**

v.                                                                                                  Case No. 1:11-cv-836 MV/SMV

**BARBARA SHOEMAKER,**
**AUTO-OWNERS INSURANCE COMPANY,**

      **Defendants.**

### AMENDED ORDER SETTING SETTLEMENT CONFERENCE

To facilitate a final disposition of this case, and at the parties' request, a mandatory settlement conference will be conducted in accordance with Rule 16(a)(5) of the Federal Rules of Civil Procedure. The conference will be held on **Friday, March 16, 2012 at 10:00 a.m.** in the Pete V. Domenici United States Courthouse, Rio Grande Courtroom, third floor, 333 Lomas Blvd., NW, Albuquerque, New Mexico.

The parties or a designated representative, other than counsel of record, with full authority to resolve the case, must attend in person. Counsel who will try the case must also attend in person.

No later than **5:00 p.m. on Friday, March 9, 2012**, Plaintiffs shall serve on Defendants a letter setting forth at least the following information: (a) a brief summary of the evidence and legal principles that Plaintiffs assert will allow them to establish liability; (b) a brief explanation of why damages or other relief would appropriately be granted at trial; (c) an itemization of the principles supporting those damages; and (d) a settlement demand. By **5:00 p.m. on Tuesday, March 13,**

**2012**, Defendants shall serve on Plaintiffs a letter that sets forth at least the following information: (a) any points in Plaintiffs' letter with which the defense agrees; (b) any points in Plaintiffs' letter with which the defense disagrees, with references to supporting evidence and legal principles; and (c) a counteroffer.  If a release is contemplated, defense counsel shall include a proposed form of release with his or her letter.  Each of these letters typically should be five pages or fewer, and counsel must ensure that each party reads the opposing party's letter before the settlement conference.  If the case does not settle, Plaintiffs' counsel shall provide copies of these letters to the Court no later than **noon on Thursday, March 15, 2012**.

Each party must provide the Court, in confidence, a concise letter (typically no more than ten pages) containing an analysis of the strengths and weaknesses of its case no later than **1:00 p.m. on Thursday, March 15, 2012**.  These letters may be submitted to the Court by fax at **575-528-1485**.

Furthermore, if any party has in its possession any video or audio recordings of the incident upon which this action is based, that party must submit a copy of the recording to the Court no later than **1:00 p.m. on Thursday, March 15, 2012**.

The settlement conference may not be vacated or rescheduled except upon motion by the party or parties seeking to reschedule for good cause shown.  Any motion to vacate or reschedule the settlement conference shall provide the Court with sufficient notice to ensure that other matters may be scheduled in the time allotted for the settlement conference.

IT IS SO ORDERED.

_____
Stephan M. Vidmar
United States Magistrate Judge