IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


**RUFINO RUDY PEREZ,**
**BLAS ANTHONY SANDOVAL,**

      **Plaintiffs,**

v.                                                                                  Case No. 1:11-cv-836 MV/SMV

**BARBARA SHOEMAKER,**
**AUTO-OWNERS INSURANCE COMPANY,**

      **Defendants.**


## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before the Court on March 16, 2012.

IT IS THEREFORE ORDERED that closing documents be filed no later than **Monday, April 16, 2012,** absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge